UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Sheronda Byrd-Givens,

    Plaintiff,

    v.

Stephen E. Asch., *et al.*,

    Defendants.

Case No. 2:16–cv–410

Judge Michael H. Watson
Magistrate Judge Jolson

### ORDER

On August 2, 2016, Magistrate Judge Jolson issued a report and recommendation ("R&R"), ECF No. 14, recommending that Defendants' motion to dismiss the original complaint, ECF No. 8, be denied as moot in light of the filing of the amended complaint.

Objections to the R&R were due August 19, 2016. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). The deadline for filing such objections has passed, and no objections were filed. Accordingly, the R&R is **ADOPTED**, and Defendants' motion to dismiss the original complaint, ECF No. 8, is **DENIED** as moot.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**