# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**SHERONDA BYRD-GIVENS,**

    **Plaintiff,**

    v.                                       **Civil Action 2:16-cv-410**
                                                      **Judge Michael H. Watson**
                                                      **Magistrate Judge Jolson**

**STEPHEN E. ASCH, et al.,**

    **Defendants.**

## ORDER

Having filed a complete copy of Stephen Asch's deposition transcript and all exhibits referenced therein, Defendants filed a Motion to Strike Documents 87, 87-1, 93, and 93-1 which it contends are Plaintiff's improper attempts to file that transcript. Plaintiff's counsel has informed the Court that Plaintiff has no objection to Defendants' Motion to Strike. Thus, the Motion is **GRANTED and Documents 87, 87-1, 93, and 93-1 shall be STRICKEN from this Court's docket**. (Doc. 96).

    IT IS SO ORDERED.


Date: June 6, 2017                                          /s/ Kimberly A. Jolson
                                                                KIMBERLY A. JOLSON
                                                                UNITED STATES MAGISTRATE JUDGE